IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WAYNE THOMPSON,

    Petitioner,               No. CIV-S-08-1585 KJM P

    vs.

JERRY BROWN,

    Respondent.            ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus. Petitioner appears to assert he is being unlawfully held as a pretrial detainee in San Bernardino County. Pursuant to 28 U.S.C § 2241(d), the only court that has jurisdiction over this matter is the United State District Court serving the area where petitioner is being detained which is the United States District Court for the Central District of California. Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED: October 30, 2008.

                                       _____
                                       U.S. MAGISTRATE JUDGE

1
thom1585.08b