**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN WAYNE THOMSON, | NO. EDCV 08-01557 ODW (SS) |
| Petitioner, | **ORDER ADOPTING FINDINGS,** |
| v. | **CONCLUSIONS AND RECOMMENDATIONS** |
| SHERIFF, SAN BERNARDINO, | **OF UNITED STATES MAGISTRATE JUDGE** |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\
\\

Accordingly, IT IS ORDERED THAT:

1. The First Amended Petition is DENIED and Judgment shall be entered dismissing this action without prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner.

DATED: July 8, 2009

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

2