**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN WAYNE THOMSON, ) | NO. EDCV 08-01557 ODW(SS) |
| Petitioner, ) | **JUDGMENT** |
| v. ) | |
| SHERIFF, SAN BERNARDINO, ) | |
| Respondent. ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: July 8, 2009

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE